**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION**

| | | |
|---|---|---|
| ROQUE ARELLANO and MARIANNE, SOLORIO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2021-CV-00581 |
| TUBE FABRICATION & COLOR, LLC, (a Wisconsin Limited Liability Company) and, T AND B TUBE CO., INC., (an Indiana Corp.), | ) ) ) ) | |
| Defendant(s). | ) | |

## <u>STIPULATION TO DISMISS</u>

It is hereby stipulated between the parties, Plaintiff, ROQUE ARELLANO and MARIANNE SOLORIO, and Defendants, TUBE FABRICATION & COLOR, LLC, (a Wisconsin Limited Liability Company) and T AND B TUBE CO, INC., (an Indiana Corporation), that this lawsuit is to be dismissed with prejudice as to all of Plaintiffs' claims against Defendants TUBE FABRICATION & COLOR, LLC and T AND B TUBE CO, INC., and all cross-claims and counter-claims, in their entirety, pursuant to settlement.

**Date**: March 14, 2022

Respectfully Submitted,

By:  /s/ Cole H. Munvez
Cole H. Munvez
221 North LaSalle Street
27th Floor
Chicago, IL 60601
(312) 641-5926
(312) 641-5929
chm@pninjurylaw.com

By:      /s/ Kerry A. Trapp _____
Kerry A. Trapp
Borgelt Powell Peterson & Frauen SC
7825 3rd St. N – Ste 206
Oakdale, MN 55128
(651) 256-5000
(651) 340-1456 (fax)
ktrapp@borgelt.com


By:      /s/ Joel D. Groenewold _____
Joel D. Groenewold
Kopka Pinkus Dolin PC
200 W. Adams – Ste 1200
Chicago, IL 60606
(312) 782-9920
jdgroenewold@kopkalaw.com

2